**JAMES M. BAKER**
ATTORNEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___10/11/2022___
```

325 Broadway
Suite 203
New York, N.Y. 10007

October 11, 2022

Via ECF

Request GRANTED. SO ORDERED.
Dated: October 11, 2022

*Att cl a*

Hon. Stewart D. Aaron
United States Magistrate Judge
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

      Re:  Gladys Green v. Commissioner of Social Security
          22 Civ. 3554 (VEC) (SDA)

Dear Judge Aaron:

I have just agreed to represent Ms. Green in this adult SSI disability case and filed my notice of appearance earlier today.

I would like to propose the following amended briefing schedule:

Plaintiff would file her cross-motion for judgment on the pleadings in 60 days, i.e., on December 10, 2022.

The Commissioner would file her opposition by January 9, 2023.

Plaintiff would file her reply by January 30, 2023.

The Commissioner is in agreement.

Thank you for considering this request.

               Very truly yours,

               James M. Baker

JMB/jb

cc:  Joseph Pantoja  (via ECF)